IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| Christina Michelle Terrell | : | |
| | : | |
| | : | Case No.: 19-15155MDC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on December 3, 2019, a true and correct copy of the Application for Compensation and Notice of Application was served by electronic delivery or Regular US Mail to the Debtor, all interested and affected parties, the Trustee and all affected creditors per the address provided on their Proof of Claims.

Dated: December 3, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Phone: 215-545-0008
brad@sadeklaw.com