UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Christina Michelle Terrell
      Bankruptcy No. 19-15155 mdc
      Adversary No.
      Chapter   13

Date:   December 4, 2019

To:   Brad J. Sadek, Esq.
     1315 Walnut St., Ste 502
     Philadelphia, PA  19107

## NOTICE OF INACCURATE FILING

Re:  Notice of Application

The above pleading was filed in this office on **October 8, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- ( )  Wrong PDF document attached
- ( )  PDF document  not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- (**XX**)  Other - Notice of Application for Compensation has the incorrect name and case number on it.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  s/Keith R. Borzillo
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04